January 15, 1970

Commonwealth *v.* Calvert, Appellant.

Submitted November 10, 1969. *Joseph P. Moschetta,* Public Defender, for appellant; *Herman J. Bigi,* Assistant District Attorney, and *Jess D. Costa,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Christian, Appellant.

Argued November 11, 1969. *Michael J. Wherry,* for appellant; *Robert F. Banks,* Assistant District Attorney, with him *Edward M. Bell,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.